UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST KELLY HOLESTINE,<br>   Plaintiff,<br>  v.<br>M. B. ATCHLEY, et al.,<br>   Defendants. | Case No. 20-06677 BLF (PR)<br>**JUDGMENT** |

  Plaintiff's request for voluntary dismissal of this action has been granted. Judgment is entered accordingly.

  The Clerk shall close the file.

  **IT IS SO ORDERED.**

Dated: __**January 28, 2021**___

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.20\06677Holestine_jud